**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| **HOUSE OF FORGINGS, LLC,** | Civil Action No.  6:22-cv-00052 |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| **NOVO BUILDING PRODUCTS, LLC** | |
| Defendant. | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it is a wholly owned subsidiary of House of Forgings, LLC which is privately held. There is no publicly held corporation owning ten precent or more of its stock.

Dated: December 1, 2022

Respectfully submitted,

**BEARD KULTGEN BROPHY
BOSTWICK & DICKSON, PLLC**

Dan N. MacLemore
State Bar No. 24037013
220 South Fourth Street
Waco, Texas 76701
(254) 776-5500 – Telephone
(254) 776-3591 – Fax
maclemore@thetexasfirm.com

**ATTORNEYS FOR PLAINTIFF
HOUSE OF FORGINGS, LLC**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on December 1, 2022 via the Court's CM/ECF system.